**Fill in this information to identify the case:**

Debtor 1: LAWRENCE JOHNSON

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS
(State)

Case number: 12-47933

---

# Form 4100R
## Response to Notice of Final Cure Payment                         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): NONE FILED

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 2 5

**Property address:** 4560 S LAKEPARK
Number    Street

CHICAGO    IL    60615
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 47,757.74

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 47,757.74

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    Loan Matured 7/14/14 full balance due
___/___/___
MM / DD / YYYY

---

Form 4100R        **Response to Notice of Final Cure Payment**        page 1

Debtor 1 **LAWRENCE JOHNSON**
First Name   Middle Name   Last Name

Case number (if known) 12-47933

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _Ceri Trongard_ (signature)

Date 03 / 19 / 2018

Print: Ceri Trongard
Title: Bankruptcy Specialist

Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Milwaukee   WI   53201

Contact phone (866) 280 - 8434
Email: bankruptcy@bmo.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

| Loan Payment/Billing History from Bankruptcy File Date: | | | | 12/5/2012 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Account Activity | | | | | | Balance After Amount Received or Incurred | |
| Date | Contractual Pymnt amount | Funds received | Description | Contractual due date | Prin, int & esc past due balance | Amount to Pincipal | Amount to Interest | Principal balance | Interest Balance |
| 12/5/2012 | | | BK Filed | 12/19/2012 | $2,577.91 | | | 37,932.69 | |
| 12/19/2012 | $178.78 | | Mo. Billing | | $2,756.69 | | | 37,932.69 | |
| 1/19/2013 | $184.74 | | Mo. Billing | | $2,941.43 | | | 37,932.69 | |
| 2/19/2013 | $185.11 | | Mo. Billing | | $3,126.54 | | | 37,932.69 | |
| 3/19/2013 | $167.32 | | Mo. Billing | | $3,293.86 | | | 37,932.69 | |
| 4/19/2013 | $185.25 | | Mo. Billing | | $3,479.11 | | | 37,932.69 | |
| 5/19/2013 | $179.27 | | Mo. Billing | | $3,658.38 | | | 37,932.69 | |
| 6/19/2013 | $185.25 | | Mo. Billing | | $3,843.63 | | | 37,932.69 | |
| 7/19/2013 | $179.27 | | Mo. Billing | | $4,022.90 | | | 37,932.69 | |
| 8/19/2013 | $185.24 | | Mo. Billing | | $4,208.14 | | | 37,932.69 | |
| 9/12/2013 | | 397.75 | Trustee Payment | 2/19/2013 | $3,810.39 | | 397.75 | 37,932.69 | 4,109.18 |
| 9/19/2013 | $185.25 | | Mo. Billing | | $3,995.64 | | | 37,932.69 | |
| 10/11/2013 | | 69.37 | Trustee Payment | 2/19/2013 | $3,926.27 | | 69.37 | 37,932.69 | 4,213.10 |
| 10/19/2013 | $179.27 | | Mo. Billing | | $4,105.54 | | | 37,932.69 | |
| 11/19/2013 | $185.25 | | Mo. Billing | | $4,290.79 | | | 37,932.69 | |
| 11/29/2013 | | 68.72 | Trustee Payment | 2/19/2013 | $4,222.07 | | 68.72 | 37,932.69 | 4,437.19 |
| 12/19/2013 | $179.27 | | Mo. Billing | | $4,401.34 | | | 37,932.69 | |
| 12/23/2013 | | 68.72 | Trustee Payment | 3/19/2013 | $4,332.62 | | 68.72 | 37,932.69 | 4,511.89 |
| 1/19/2014 | $185.25 | | Mo. Billing | | $4,517.87 | | | 37,932.69 | |
| 1/31/2014 | | 68.72 | Trustee Payment | 3/19/2013 | $4,449.15 | | 68.72 | 37,932.69 | 4,676.22 |
| 2/7/2014 | | 68.72 | Trustee Payment | 4/19/2013 | $4,380.43 | | 68.72 | 37,932.69 | 4,649.33 |
| 2/19/2014 | $185.24 | | Mo. Billing | | $4,565.67 | | | 37,932.69 | |
| 3/4/2014 | | 401.61 | Trustee Payment | 4/19/2013 | $4,164.06 | 401.61 | | 37,531.08 | 4,798.73 |
| 3/19/2014 | $167.32 | | Mo. Billing | | $4,331.38 | | | 37,531.08 | |
| 4/19/2014 | $183.98 | | Mo. Billing | | $4,515.36 | | | 37,531.08 | |
| 5/5/2014 | | 1,067.41 | Trustee Payment | 4/19/2013 | $3,447.95 | 1,067.41 | | 36,463.67 | 5,165.30 |
| 5/19/2014 | $177.38 | | Mo. Billing | | $3,625.33 | | | 36,463.67 | |
| 6/2/2014 | | 401.62 | Trustee Payment | 6/19/2013 | $3,223.71 | | 401.62 | 36,463.67 | 4,924.52 |
| 6/19/2014 | $180.09 | | Mo. Billing | | $3,403.80 | | | 36,463.67 | |
| 6/19/2014 | | 401.61 | Trustee Payment | 8/19/2013 | $3,002.19 | | 401.61 | 36,463.67 | 4,620.56 |
| 7/14/2014 | $41,227.84 | | Maturity Bill | | $41,227.84 | | | 36,463.67 | 4,764.17 |
| 8/5/2014 | | 418.12 | Trustee Payment | 8/19/2013 | $40,936.09 | 418.12 | | 36,045.55 | 4,890.54 |
| 10/6/2014 | | 418.12 | Trustee Payment | 8/19/2013 | $40,870.03 | 418.12 | | 35,627.43 | 5,242.60 |
| 11/4/2014 | | 149.51 | Trustee Payment | 8/19/2013 | $40,883.28 | 149.51 | | 35,477.92 | 5,405.36 |
| 3/19/2018 | | | Notice of Final Cure Response | | $47,757.74 | | | 35,477.92 | 12,279.82 |

**Loan Matured 7/14/14 Full Balance of $47,757.74 Due**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

IN RE:   RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 12-47933

Debtor: LAWRENCE JOHNSON

CHAPTER: 13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this March 19, 2018, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

LAWRENCE JOHNSON
4413 SOUTH BERKELEY AVENUE
CHICAGO IL 60653

ANGELA SPALDING
2218 W CHICAGO AVE
CHICAGO IL 60622

TOM VAUGHN
55 E MONROE STREET
SUITE 3850
CHICAGO IL 60603

BMO Harris Bank, N.A.
By: _____
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2